## MEMORANDUM AGREEMENT
### Between
### Laborers International Union of North America Local No. 872 and
### An Employer

WHEREAS, Laborers International Union of North America Local No. 872 ("Local 872") is party to a Collective Bargaining Agreement with the Nevada Contractors Association effective July 1, 2005 through June 30, 2010 (hereinafter referred to as the "Master Agreement"); and

WHEREAS, __Southern Nevada Flaggers & Barricades__ (hereinafter referred to as "Employer") employs individuals performing work within the trade and geographic jurisdiction of Local 872;

NOW THEREFORE, it is hereby agreed between Employer and Local 872 (hereinafter collectively "Parties") as follows:

1. The Parties agree to be bound by all the terms and conditions of the Master Agreement, which agreement is incorporated herein by reference and made a part hereof, and receipt of a copy of which is acknowledged by Employer.

2. Employer acknowledges that the terms and conditions of the Master Agreement include the obligation to contribute to various Trust Funds and the Master Agreement incorporates by reference the terms of the Trust Agreements governing such Trust Funds, and such Trust Agreements are hereby incorporated by reference and made a part of this Memorandum Agreement.

3. This Agreement is effective as of the date first below written and continues in effect for the duration of the Master Labor Agreement and any renewals, extensions or modifications of the Master Agreement unless either party gives written notice to the other party at least thirty days prior to the termination date of the Master Agreement.

IN WITNESS WHEREOF, the parties have signed this Agreement this __24__ day of __February__, 200_9_.

__Gene Collins__  
Print Name of Employer

BY: __Gene Coll__  
Signature

__Gene Collins, Managing Partner__  
Print Name and Title

LABORERS INTERNATIONAL UNION  
LOCAL NO. 872

By: __Thomas White__

__Thomas White BM/ST__  
Print Name and Title

Employer's address  
__1101 Eleanor Ave__  __Las Vegas__ __NV__ __89106__  
Street Address      City              State       Zip Code

Employer's Telephone No. __(702) 810-6342__   Employer's EIN ~~568-99~~

9573



## EXHIBIT A

## MEMORANDUM AGREEMENT
### Between
### Laborers International Union of North America Local No. 872 and
### An Employer

WHEREAS, Laborers International Union of North America Local No. 872 ("Local 872") is party to a Collective Bargaining Agreement with the Associated General Contractors Association effective July 1, 2005 through June 30, 2010 (hereinafter referred to as the "Master Agreement"); and

WHEREAS, _Floppy Mop + D-Clutter PCS,_ (hereinafter referred to as "Employer") employs individuals performing work within the trade and geographic jurisdiction of Local 872;

NOW THEREFORE, it is hereby agreed between Employer and Local 872 (hereinafter collectively "Parties") as follows:

1. The Parties agree to be bound by all the terms and conditions of the Master Agreement, which agreement is incorporated herein by reference and made a part hereof, and receipt of a copy of which is acknowledged by Employer.

2. Employer acknowledges that the terms and conditions of the Master Agreement include the obligation to contribute to various Trust Funds and the Master Agreement incorporates by reference the terms of the Trust Agreements governing such Trust Funds, and such Trust Agreements are hereby incorporated by reference and made a part of this Memorandum Agreement.

3. This Agreement is effective as of the date first below written and continues in effect for the duration of the Master Labor Agreement and any renewals, extensions or modifications of the Master Agreement unless either party gives written notice to the other party at least thirty days prior to the termination date of the Master Agreement.

IN WITNESS WHEREOF, the parties have signed this Agreement this _16th_ day of _July_, 200_7_.

_Floppy Mop + DeClutter P.C.S_       LABORERS INTERNATIONAL UNION
Print Name of Employer                LOCAL NO. 872

BY: _[signature]_                     By: _[signature]_
   Signature                              Thomas White

_Sheryl Archie Op. Manager_          _James McKinney OP mang.#_
Print Name and Title                  Print Name and Title

Employer's address
_6130 W. Flamingo Rd #434   Las Vegas   NV   89103_
Street Address         City           State      Zip Code

Employer's Telephone No. _316 200 7296_   Employer's EIN _7469_

_Fax 678-267-3866_

LOCAL

## MEMORANDUM AGREEMENT
### Between
### Laborers International Union of North America Local No. 872 and
### An Employer

WHEREAS, Laborers International Union of North America Local No. 872 ("Local 872") is party to a Collective Bargaining Agreement with the Associated General Contractors Association effective July 1, 2005 through June 30, 2010 (hereinafter referred to as the "Master Agreement"); and

WHEREAS, _Step by Step Cleaning_ (hereinafter referred to as "Employer") employs individuals performing work within the trade and geographic jurisdiction of Local 872;

NOW THEREFORE, it is hereby agreed between Employer and Local 872 (hereinafter collectively "Parties") as follows:

1. The Parties agree to be bound by all the terms and conditions of the Master Agreement, which agreement is incorporated herein by reference and made a part hereof, and receipt of a copy of which is acknowledged by Employer.

2. Employer acknowledges that the terms and conditions of the Master Agreement include the obligation to contribute to various Trust Funds and the Master Agreement incorporates by reference the terms of the Trust Agreements governing such Trust Funds, and such Trust Agreements are hereby incorporated by reference and made a part of this Memorandum Agreement.

3. This Agreement is effective as of the date first below written and continues in effect for the duration of the Master Labor Agreement and any renewals, extensions or modifications of the Master Agreement unless either party gives written notice to the other party at least thirty days prior to the termination date of the Master Agreement.

IN WITNESS WHEREOF, the parties have signed this Agreement this _4th_ day of _October_, 200_7_.

_Yolanda T Woods_
Print Name of Employer

BY: _Yolanda J Woods_
Signature

_Owner / President_
Print Name and Title

LABORERS INTERNATIONAL UNION
LOCAL NO. 872

By _Thomas White_
THOMAS WHITE   BUSINESS MANAGER
                SECRETARY-TREASURER

_Step by Step Cleaning / Owner_
Print Name and Title

Employer's address
_2114 Fred Brown Dr_   _LV, NV_   _89106_
Street Address   City   State   Zip Code

Employer's Telephone No. _702-351-7044_   Employer's EIN _5927_



LOCAL

**LOCAL** 

*6767*

## MEMORANDUM AGREEMENT
### between
### Laborers International Union of North America Local No. 872 and
### An Employer

WHEREAS, Laborers International Union of North America Local No. 872 ("Local 872) is party to a collective bargaining agreement with the Association of General Contractors effective July 1, 2002 through June 30, 2005 (hereinafter referred to as the "Master Agreement"); and

WHEREAS, _Six Star Janitorial_ (hereinafter referred to as "Employer") employs individuals performing work within the trade and geographic jurisdiction of Local 872;

NOW THEREFORE, it is hereby agreed between Employer and Local 872 (hereinafter collectively "Parties") as follows:

1. The Parties agree to be bound by all the terms and conditions of the Master Agreement, which agreement is incorporated herein by reference and made a part hereof, and receipt of a copy of which is acknowledged by Employer.

2. Employer acknowledges that the terms and conditions of the Master Agreement include the obligation to contribute to various Trust Funds and the Master Agreement incorporates by reference the terms of the Trust Agreements governing such Trust Funds, and such Trust Agreements are hereby incorporated by reference and made a part of this Memorandum Agreement.

3. This Agreement is effective as of the date first below written and continues in effect for the duration of the Master Agreement and any renewals, extensions or modifications of the Master Agreement unless either party gives written notice to the other party at least thirty days prior to the termination date of the Master Agreement.

IN WITNESS WHEREOF, the parties has signed this Agreement this _06_ day of _June_, 200_5_.

_Six Star Janitorial_
**Print Name of Employer**

BY: _[signature]_
Signature

_Rose Bowman Phillips_
**Print Name and Title**

**LABORERS INTERNATIONAL UNION**
**Local No. 872**

BY: _[signature]_

_Thomas White, Business Mgr. Sec. Treasurer_
**Print Name and Title**

Employer's address _1631 Sunset #107_   _LV_   _NV_   _89123_
　　　　　　　　　　Street Address　　　　City　　State　　Zip Code

Employer's Tel. No. _641-7827_　　Employer's EIN _7961_
_fax -_