# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GENE COLLINS, *et al.*,<br><br>  Plaintiffs,<br><br>vs.<br><br>LABORERS INT'L UNION OF NORTH AMERICAN LOCAL NO. 872, *et al.*,<br><br>  Defendants. | Case No.  2:11-cv-00524-LDG-CWH<br><br>**ORDER** |

This matter is before the Court on Plaintiffs' counsel Berna L. Rhodes-Ford and Melissa I. Bright's Motion to Withdraw as Attorneys of Record (#108), filed March 12, 2013.

Pursuant to Local Rule IA 10-6(b), "[n]o attorney may withdraw after appearing in a case except by leave of court after notice has been served on the affected client and opposing counsel."  The motion contains a certificate of service as to all required parties.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' counsel Berna L. Rhodes-Ford and Melissa I. Bright's Motion to Withdraw as Attorneys of Record (#108) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiffs shall have until **Wednesday, April 17, 2013** to advise the Court if they will retain new counsel.  To the extent Plaintiffs Gene Collins and Yolanda Woods are proceeding in their individual capacity, they may choose to retain new counsel.  Plaintiffs Floppy Mop, Inc., Six Star Cleaning & Carpet Service, Inc., and Blue Chip Enterprises must retain new counsel if they intend to continue to litigate this matter.  Additionally, Plaintiffs Southern Nevada Flaggers & Barricades and Step by Step Cleaning Service, Inc. are registered Nevada corporations and

must retain new counsel if they intend to continue to litigate this matter. A corporation may appear in federal court only through licensed counsel. *E.g. U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that withdrawing counsel shall serve each affected client with a copy of this Order.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. Add the last known address of Plaintiff Blue Chip Enterprises to the civil docket:

    **Blue Chip Enterprises**
    **2505 Chandler Avenue**
    **Las Vegas, Nevada 89120**

2. Add the last known address of Plaintiff Six Star Cleaning & Carpet Service, Inc. to the civil docket:

    **Six Star Cleaning & Docket Service, Inc.**
    **1525 East Sunset Road, Suite #4**
    **Las Vegas, Nevada 89119**

3. Add the last known address of Plaintiff Floppy Mop, Inc. to the civil docket:

    **Floppy Mop, Inc.**
    **6130 West Flamingo Road**
    **Suite Number 434**
    **Las Vegas, Nevada 89103**

4. Add the last known address of Plaintiff Southern Nevada Flaggers & Barricades to the civil docket:

    **Southern Nevada Flaggers & Barricades**
    **1101 Eleanor Avenue**
    **Las Vegas, Nevada 89106-2404**

5. Add the last known address of Plaintiff Step by Step Cleaning Service, Inc. to the civil docket:

    **Step by Step Cleaning Service, Inc.**
    **5654 Clarendon Lane**
    **North Las Vegas, Nevada 89081**

6. Add the last known address of Plaintiff Gene Collins to the civil docket:

    **Gene Collins**
    **Southern Nevada Flaggers & Barricades**
    **1101 Eleanor Avenue**
    **Las Vegas, Nevada 89106-2404**

7. Add the last known address of Plaintiff Yolanda Woods to the civil docket:

   **Yolanda Woods**
   **Step by Step Cleaning Service, Inc.**
   **5654 Clarendon Lane**
   **North Las Vegas, Nevada 89081**

8. Mail a copy of this Order to each Plaintiff at their last known addresses listed above.

DATED this 14th of March, 2013.

                                    **C.W. HOFFMAN, JR.**
                                    **UNITED STATES MAGISTRATE JUDGE**