# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GENE COLLINS, an individual doing business as SOUTHERN NEVADA FLAGGERS & BARRICADES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL NO. 872, et al.,<br><br>    Defendants. | 2:11-cv-0524-LDG-LRL<br><br>**ORDER** |

       On March 14, 2013, the magistrate judge granted plaintiffs' counsel Berna L. Rhodes-Ford and Melissa I. Bright's motion to withdraw as attorneys of record (#108). The magistrate judge granted plaintiffs Collins and Woods leave until April 17, 2013, in which to advise the court if they will retain new counsel or proceed in their individual capacities, and directed that the corporate plaintiffs must retain new counsel.

       While defendants Laborers International Union of North America, Local No. 872 and Tommy White's motion for summary judgment (#74, response #86, reply #95) has come before the court, the court is unwilling to consider the motion and/or set it for hearing, while plaintiffs are unrepresented. Accordingly,

THE COURT HEREBY ORDERS that defendants' Laborers International Union of North America, Local No. 872 and Tommy White's motion for summary judgment (#74) is DENIED without prejudice to its reinstatement (along with briefing and exhibits) by the court upon petition by defendants after the issue of plaintiffs' retention of counsel has been resolved.

Dated this 27 day of March, 2013.

_____
Lloyd D. George
United States District Judge

2