UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENE COLLINS, an individual doing business as SOUTHERN NEVADA FLAGGERS & BARRICADES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL NO. 872, et al., <br><br> Defendants. | 2:11-cv-0524-LDG-LRL <br><br> **ORDER** |

After plaintiffs retained new counsel, defendants filed a motion pursuant to the court's order to reinstate their motion for summary judgment (#113). In response to the motion to reinstate, plaintiffs' counsel filed a motion for leave to file supplemental briefing (#115), which defendants' opposed (#116). The court believes that supplemental briefing on the motion for summary judgment would aid the court in consideration of the dispositive issues. Accordingly,

THE COURT HEREBY ORDERS that defendants' motion to reinstate their motion for summary judgment (#113) is GRANTED. The reinstated motion for summary judgment shall be docketed as of the date of this order.

THE COURT FURTHER ORDERS that plaintiffs shall have 45 days from the date of this order in which to file their supplement. Defendants shall have 30 days after the filing of the

supplement in which to file any response, and plaintiffs shall have 15 days thereafter in which to file any reply.

Dated this 18 day of March, 2014.

_____
Lloyd D. George
United States District Judge

2