1

2

3

4

5

6
**UNITED STATES DISTRICT COURT**

7
**DISTRICT OF NEVADA**

8

9

10
GENE COLLINS, an individual doing business
as SOUTHERN NEVADA FLAGGERS &
BARRICADES, et al.,

2:11-cv-0524-LDG-CWH

11
Plaintiffs,

**ORDER**

12

13
v.

14
LABORERS INTERNATIONAL UNION OF
NORTH AMERICA LOCAL NO. 872, et al.,

15
Defendants.

16

17
THE COURT HEREBY ORDERS that Rhodes-Ford & Associates P.C.'s motion for entry

18
of judgment for unpaid attorney's fees and case costs by plaintiffs Gene Collins, Six Star Cleaning

19
and Carpet Service, Inc., Yolanda Woods, Floppy Mop, Inc., and Blue Chip Enterprises, Inc.,

20
(#128) is DENIED without prejudice to its re-filing upon completion of arbitration and bankruptcy

21
proceedings involving Six Star Cleaning and Carpet Service, Inc.

22

23
Dated this _____ day of March, 2016.

24

25
_____
Lloyd D. George

26
United States District Judge