# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GENE COLLINS, *et al.*, | |
| Plaintiffs, | Case No. 2:11-cv-00524-LDG (CWH) |
| v. | **ORDER** |
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL NO. 872, *et al.*, | |
| Defendants. | |

For good cause shown,

THE COURT **ORDERS** that Defendants' Motion to Dismiss for Lack of Prosecution (#129) is DENIED.

DATED this ___2nd___ day of September, 2016.

Lloyd D. George
United States District Judge