1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

GENE COLLINS, an individual doing business as SOUTHERN NEVADA FLAGGERS & BARRICADES; et al.,
    Plaintiff(s),

vs.

LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL NO. 872, et al.,
    Defendant(s).

Case #2:11-cv-00524-LDG-CWH

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Michael E. Avakian_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Wimberly, Lawson & Avakian_____
(firm name)

with offices at _____1200 G Street, N.W., Suite 800_____,
(street address)

___Washington___, ___District of Columbia___, ___20005___,
(city) (state) (zip code)

___(202) 540-9704___, ___mea@wimlaw.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____all Plaintiffs_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.  That since <u>December 2, 1985</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>District of Columbia</u>
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.  That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attached Sheet | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.  That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

District of Columbia and Georgia State Bar Associations.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Virginia_____ )
                               )
COUNTY OF _____Fairfax_____ )

_____Michael E. Avakian_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

15th day of September, 2016.

_____       241135
Notary Public or Clerk of Court        3/31/18

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Jacob L. Houmand_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____3900 Paradise Road; Suite U_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89169-0903_____,
(city)            (state)            (zip code)

_____702.720.3370_____, _____jhoumand@nelsonhoumand.com_____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Jacob L. Houmand_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_LEWARD E SCHWARTZER, BANKRUPTCY TRUSTEE_
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12781                         jhoumand@nelsonhoumand.com
Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Michael E. Avakian, Esq.

Applicant is an active member of the bars of the following federal courts:

| Court: | Admission Date: | Bar No. |
|---|---|---|
| U.S. District Court for the District of Columbia | December 2, 1985 | * |
| U.S. District Court for the Northern District of Georgia | January 3, 1979 | * |
| U.S. District Court for the Central District of Illinois | April 9, 2012 | * |
| U.S. District Court for the Southern District of Illinois | November 26, 2012 | * |
| U.S. District Court for the Northern District of Illinois | January 13, 1999 | * |
| U.S. District Court for the Northern District of New York | April 2, 1979 | * |
| United States Court of Appeals for the District of Columbia | July 2, 1981 | * |
| United States Court of Appeals for the First Circuit | May 21, 2007 | 119482 |
| United States Court of Appeals for the Second Circuit | July 16, 1986 | * |
| United States Court of Appeals for the Third Circuit | November 16, 1984 | * |
| United States Court of Appeals for the Fourth Circuit | September 29, 1980 | * |
| United States Court of Appeals for the Fifth Circuit | November 13, 1985 | *(inactive) |
| United States Court of Appeals for the Sixth Circuit | July 26, 1982 | * |
| United States Court of Appeals for the Seventh Circuit | July 22, 1983 | * |
| United States Court of Appeals for the Eighth Circuit | April 20, 1981 | * |
| United States Court of Appeals for the Ninth Circuit | March 12, 2002 | * |
| United States Court of Appeals for the Tenth Circuit | December 6, 1989 | * |
| United States Court of Appeals for the Eleventh Circuit | November 25, 1982 | * |
| Supreme Court of the United States | March 3, 1982 | * |

\* No bar number assigned.

September 15, 2016



# District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## MICHAEL E. AVAKIAN

was on **SEPTEMBER 5, 1985** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **July 14, 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk



# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. Michael Ernest Avakian
Wimberly, Lawson & Avakian
1200 G Street NW, Suite 800
Washington, DC  20005

**CURRENT STATUS:**      Active Member-Good Standing
**DATE OF ADMISSION:**   01/03/1979
**BAR NUMBER:**          029125
**TODAY'S DATE:**        07/20/2016

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose current status is Active are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.



**STATE BAR OF GEORGIA**

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

---

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA  30303-2743
404-527-8700 · 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA  31401-1225
912-239-9910 · 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA  31793-1390
229-387-0446 · 800-330-0446
Fax 229-382-7435