1  KRISTINA L. HILLMAN, Bar No. 7752
   LAW OFFICES OF KRISTINA L. HILLMAN
2    Affiliated with Weinberg, Roger & Rosenfeld
     A Professional Corporation
3  1594 Mono Avenue
   P.O. Box 1987
4  Minden, Nevada 89423
   Telephone (775) 770-4832
5  Fax (775) 782-6932
   E-Mail:  khillman@unioncounsel.net
6
   Attorneys for Defendants LABORERS INTERNATIONAL UNION OF NORTH AMERICA
7  LOCAL NO. 872; TOMMY WHITE,

8
                      UNITED STATES DISTRICT COURT
9
                          DISTRICT OF NEVADA
10

| | |
|---|---|
| 11  GENE COLLINS, an individual doing business as SOUTHERN NEVADA FLAGGERS & BARRICADES; SIX STAR CLEANING & 12  CARPET SERVICE, a Nevada Corporation; YOLANDA WOODS, an individual doing 13  business as STEP BY STEP CLEANING SERVICE, FLOPPY MOP, INC., a Nevada 14  corporation; BLUE CHIP ENTERPRISES, INC,. a Nevada corporation; DOES I through X 15  and ROE ENTITIES I through X, | Case No. 2:11-cv-00524 LDG-CWH  **STIPULATION EXTENDING TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**  Judge: Hon. Lloyd D. George |
| 16                       Plaintiffs, | |
| 17       v. | |
| 18  LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL NO. 872; 19  LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL NO. 702; 20  TOMMY WHITE, an Individual; DOES I though X; and ROE ENTITIES I through X, 21  None. | |
| 22                       Defendants. | |

23
        On September 16, 2016, Plaintiffs filed a Motion, Statement of Undisputed Facts and
24
   Memorandum of Points and Authorities in Support of Summary Judgment on Counts Three, Four
25
   and Five of the Complaint, ECF 141.
26
   ///
27

28                                                  1
   STIPULATION EXTENDING TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR
   SUMMARY JUDGMENT
   Case No. 2:11-cv-00524 LDG-CWH

1    Pursuant to Civil Local Rule 7-3(b), Defendants' opposition is due to be filed on October

2  7, 2016.

3    The parties, by and through their counsel, hereby agree to extend the time for Defendants'

4  to file their opposition to October 14, 2016.

5

6  Dated:  September 22, 2016                    LAW OFFICES OF KRISTINA L. HILLMAN
                                                       Affiliated with Weinberg, Roger & Rosenfeld
7                                                      A Professional Corporation

8                                                  Respectfully Submitted:

9
                                                   /s/ Kristina L. Hillman
                                          By:      Kristina L. Hillman
10

11                                                 Attorneys for Defendants LABORERS
                                                   INTERNATIONAL UNION OF NORTH
12                                                 AMERICA LOCAL NO. 872, TOMMY WHITE

13  Dated:  September 22, 2016                    Matthew Q. Callister
                                                   CALLISTER & ASSOCIATES

14                                                 Jacob L. Houmand
                                                   NELSON & HOUMAND, P.C.
15

16                                                 Respectfully Submitted:

17
                                                   /s/ Jacob L. Houmand
                                          By:      Jacob L. Houmand
18

19                                                 Attorneys for PLAINTIFFS

20  Dated:  September 22, 2016                    Michael E. Avakian
                                                   WIMBERLY, LAWSON & AVAKIAN
21

22                                                 Respectfully Submitted:

23
                                                   /s/ Michael E. Avakian
                                          By:      Michael E. Avakian
24

25                                                 Attorneys for PLAINTIFFS

26      ///

27      ///

28                                                      2

1

IT IS SO ORDERED.

2

3   Dated:   23 September 2016

_____
Lloyd D. George
United States District Court Judge

4

5   141925\882379

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION EXTENDING TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT
Case No. 2:11-cv-00524 LDG-CWH