Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*General Bankruptcy Counsel for Lenard Schwartzer, Chapter 7 Trustee*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GENE COLLINS, an individual doing business as SOUTHERN NEVADA FLAGGERS & BARRICADES; SIX STAR CLEANING & CARPET SERVICE, INC., a Nevada corporation; YOLANDA WOODS, an individual doing business as STEP BY STEP CLEANING SERVICE, INC., FLOPPY MOP, INC., a Nevada corporation, and BLUE CHIP ENTERPRISES, INC., <br><br>                          Plaintiffs. <br><br> v. <br><br> LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 872, TOMMY WHITE, et al. <br><br>                          Defendants. | Case No.  2:11-cv-00524-GMN-DJA <br><br> **SECOND STATUS REPORT REGARDING THE RETENTION OF NEW COUNSEL** |

Lenard Schwartzer (the "Trustee"), the duly appointed successor Chapter 7 Trustee in the bankruptcy case filed by Six Star Carpet Cleaning & Carpet Service, Inc. ("Six Star"), by and through his general bankruptcy counsel Jacob L. Houmand, Esq. and Bradley G. Sims, Esq. of the Houmand Law Firm, Ltd., hereby submits this *Second Status Report Regarding the Retention of New Counsel* (the "Status Report").

On September 28, 2020, this Court granted the *Motion to Withdraw As Attorney of Record* [Doc No. 220] filed by Leo P. Flangas, Esq., former counsel for the Trustee and the other plaintiffs

in this litigation. As part of that Order, this Court ordered that the plaintiffs shall either retain new counsel or file a status report updating their efforts to obtain new counsel no later than October 30, 2020.

On October 30, 2020, the Trustee filed a *Status Report Regarding Retention of New Counsel* [ECF No. 244] that requested a sixty (60) day extension to retain new counsel. On November 2, 2020, this Court entered a *Minute Order* [ECF No. 245] that approved the Trustee's requested extension and scheduled December 29, 2020 as the new deadline for the retention of new counsel or the filing of a status report. This Status Report is intended to further update the Court on the Trustee's efforts to obtain new counsel.

The Trustee has continued discussions with out-of-state counsel who has been reviewing documents related to the case and have met with several of the plaintiffs in this litigation. However, this review has been impacted by Covid-19 restrictions and the death of a family member of one of the plaintiffs.

On September 13, 2020, the plaintiffs in this litigation filed a *Motion to Vacate Arbitration Award (9 U.S.C. § 10) and Memorandum of Points and Authorities* [ECF No. 221] (the "Motion to Vacate") that sought to vacate an arbitration award based upon the failure of the arbitrator to disclose certain connections with the parties and their counsel. The Motion to Vacate has been fully briefed and is awaiting a decision from this Court. The outcome of the Motion to Vacate will have a significant impact on the procedural posture of this litigation and will determine whether the parties will need to participate in a new arbitration, or if they will litigate the remaining claims before this Court.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

-2-

Accordingly, the Trustee respectfully requests that the Court extend the deadline for the Trustee to retain substitute counsel to thirty (30) days after entry of an order on the Motion to Vacate.

Dated this 29th day of December, 2020.

**HOUMAND LAW FIRM, LTD.**

By: */s/ Jacob L. Houmand*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:   702/720-3370
Facsimile:   702/720-3371

*General Bankruptcy Counsel for Lenard Schwartzer, Chapter 7 Trustee*