1   Jacob L. Houmand, Esq. (NV Bar No. 12781)
    Email: jhoumand@houmandlaw.com
2   Bradley G. Sims, Esq. (NV Bar No. 11713)
    Email: bsims@houmandlaw.com
3   HOUMAND LAW FIRM, LTD.
    9205 West Russell Road, Building 3, Suite 240
4   Las Vegas, NV 89148
    Telephone:    702/720-3370
5   Facsimile:    702/720-3371

6   *General Bankruptcy Counsel for Lenard Schwartzer, Chapter 7 Trustee*

7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10  GENE COLLINS, an individual doing          Case No.  2:11-cv-00524-GMN-DJA
    business as SOUTHERN NEVADA
11  FLAGGERS & BARRICADES; SIX STAR            **RESPONSE TO OBJECTION TO**
    CLEANING & CARPET SERVICE, INC., a         **REQUEST FOR EXTENSION OF TIME**
12  Nevada corporation; YOLANDA WOODS,         **TO RETAIN NEW COUNSEL**
    an individual doing business as STEP BY
13  STEP CLEANING SERVICE, INC.,
    FLOPPY MOP, INC., a Nevada corporation,
14  and BLUE CHIP ENTERPRISES, INC.,

15                 Plaintiffs.

16

17  v.

18  LABORERS INTERNATIONAL UNION
    OF NORTH AMERICA, LOCAL NO. 872,
19  TOMMY WHITE, et al.

20                 Defendants.

21

22          Lenard Schwartzer (the "Trustee"), the duly appointed successor Chapter 7 Trustee in the

23  bankruptcy case filed by Six Star Carpet Cleaning & Carpet Service, Inc. ("Six Star"), by and

24  through his general bankruptcy counsel, Jacob L. Houmand, Esq. and Bradley G. Sims, Esq. of the

25  Houmand Law Firm, Ltd., hereby submits this *Response to Objection to Request for Extension of*

26  *Time to Retain New Counsel* (the "Response").

27          On December 29, 2020, the Trustee filed a *Second Status Report Regarding the Retention*

28  *of New Counsel* (the "Status Report") that sought to update the Court on his efforts to retain

                                        -1-

HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

**HOUMAND LAW FIRM, LTD.**
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371

substitute counsel.  The Status Report requested an extension of time to retain substitute counsel to thirty (30) days after entry of an order on the *Motion to Vacate Arbitration Award (9 U.S.C. § 10) and Memorandum of Points and Authorities* [ECF No. 221] (the "Motion to Vacate").

On December 30, 2020, the Laborers International Union of North America Local No. 872 and Tommy White (collectively, the "Defendants") filed an *Objection to Request for Extension of Time to Retain New Counsel* [ECF No. 247] (the "Objection"), arguing that the Trustee's request to obtain new counsel should be denied and the case should be dismissed with prejudice.  In support of this argument, the Defendants contend that they have been prejudiced by delays in the case due to the retention of several law firms over the course of the litigation, and that the Court should not rule on the Motion to Vacate and simply dismiss the litigation with prejudice.

First, the Defendants do not have standing to argue that the retention of substitute counsel is fruitless because of existing liens in favor of prior counsel.  This is solely the concern of the plaintiffs and substitute counsel.

Second, the Motion to Vacate is currently pending before this Court.  Allowing the Motion to Vacate to be resolved will allow the Trustee to determine whether substitute counsel should have expertise in federal litigation or arbitrations.  Further, the Defendants cannot establish that they would be prejudiced by allowing this Court to evaluate the Motion to Vacate, which has been fully briefed since this past fall.  The basis for the Motion to Vacate is an ethical breach on the part of the arbitrator, not any delay from the plaintiffs.  Since the case cannot progress prior to a ruling on the Motion to Vacate, it is appropriate to allow the Court to rule on the Motion to Vacate prior to requiring the plaintiffs to retain substitute counsel.

Defendants have not shown they are prejudiced by extending the time for new counsel to appear until after the District Court rules on the Plaintiffs' Motion to Vacate.

. . .

. . .

. . .

. . .

. . .

For these reasons, the Trustee respectfully requests that the Court extend the deadline for the Trustee to retain substitute counsel to thirty (30) days after entry of an order on the Motion to Vacate and overrule the arguments raised in the Objection.

Dated this 7th day of January, 2021.

**HOUMAND LAW FIRM, LTD.**

By: */s/ Jacob L. Houmand*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:   702/720-3370
Facsimile:    702/720-3371

*General   Bankruptcy   Counsel   for   Lenard Schwartzer, Chapter 7 Trustee*

**HOUMAND LAW FIRM, LTD.**
9205 West Russell Road, Building 3, Suite 240 Las Vegas, NV 89148
Telephone: (702) 720-3370 Facsimile: (702) 720-3371