# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GENE COLLINS, ET AL., | Case No. 2:11-cv-00524-GMN-DJA |
| Plaintiffs, | |
| v. | **ORDER** |
| LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL NO. 872, ET AL., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Second Status Report (ECF No. 246), filed on December 29, 2020.  Defendants filed a Response (ECF No. 247) on December 30, 2020.  Plaintiff filed a Reply (ECF No. 248) on January 7, 2021.  The Court finds this matter appropriately resolved without a hearing.  LR 78-1.

After careful consideration of the parties' arguments and the facts and circumstances of this case, the Court will only grant one more extension of 60 days for Plaintiff to retain counsel.  This is the final extension that will be granted on this issue, absent extraordinary circumstances.  The Court is not persuaded by Plaintiff's argument that he needs to wait until the motion to vacate the arbitration award is ruled upon in order to get an appropriate attorney for the subject matter.  Further, the Court will not speculate on when that motion will be decided by the District Judge.  It finds that such an open-ended extension request is unreasonable, especially given the procedural posture of this case and prior extensions that have already been granted.

**IT IS HEREBY ORDERED** that Plaintiff shall have 60 days to retain counsel and file a notice of appearance on the docket or indicate he will proceed pro se.

DATED: January 14, 2020

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE