Jacob L. Houmand, Esq. (NV Bar No. 12781)
Email: jhoumand@houmandlaw.com
Bradley G. Sims, Esq. (NV Bar No. 11713)
Email: bsims@houmandlaw.com
HOUMAND LAW FIRM, LTD.
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:    702/720-3370
Facsimile:    702/720-3371

*General Bankruptcy Counsel for Lenard Schwartzer, Chapter 7 Trustee*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GENE COLLINS, an individual doing business as SOUTHERN NEVADA FLAGGERS & BARRICADES; SIX STAR CLEANING & CARPET SERVICE, INC., a Nevada corporation; YOLANDA WOODS, an individual doing business as STEP BY STEP CLEANING SERVICE, INC., FLOPPY MOP, INC., a Nevada corporation, and BLUE CHIP ENTERPRISES, INC., <br><br> Plaintiffs. <br><br> v. <br><br> LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 872, TOMMY WHITE, et al. <br><br> Defendants. | Case No. 2:11-cv-00524-GMN-DJA <br><br> **MOTION TO REINSTATE WIMBERLY LAWSON & AVAKIAN AS COUNSEL OF RECORD FOR LENARD SCHWARTZER, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF SIX STAR CLEANING & CARPET SERVICE, INC.** |

Lenard Schwartzer (the "Trustee"), the duly appointed successor Chapter 7 Trustee in the bankruptcy case filed by Six Star Carpet Cleaning & Carpet Service, Inc. ("Six Star"), by and through his general bankruptcy counsel, Jacob L. Houmand, Esq. and Bradley G. Sims, Esq. of the Houmand Law Firm, Ltd., hereby submits this *Motion to Reinstate Wimberly Lawson & Avakian As Counsel of Record for Leonard Schwartzer, Chapter 7 Trustee for the Bankruptcy Estate of Six Star Cleaning & Carpet Service, Inc.* (the "Motion").

. . .

-1-

On September 15, 2016, Michael E. Avakian, Esq. ("Mr. Avakian") entered an appearance *pro hac vice* for the Six Star bankruptcy estate. On August 22, 2018, Mr. Avakian filed a *Motion to Withdraw* [Doc. No. 176] after accepting a job position with the Department of Labor. On August 24, 2018, this court entered an order approving the withdrawal of Mr. Avakian. Mr. Avakian is no longer employed by the Department of Labor and has agreed to represent the Trustee and the bankruptcy estate of Six Star in this litigation. Accordingly, the Trustee moves the Court to reinstate the appearance of Mr. Avakian in this case as set forth in the Notice of Appearance attached to this Motion as Exhibit "1".

Dated this 15th day of March, 2020.

**HOUMAND LAW FIRM, LTD.**

By: */s/ Jacob L. Houmand*
Jacob L. Houmand, Esq. (NV Bar No. 12781)
Bradley G. Sims, Esq. (NV Bar No. 11713)
9205 West Russell Road, Building 3, Suite 240
Las Vegas, NV 89148
Telephone:  702/720-3370
Facsimile:  702/720-3371

*General Bankruptcy Counsel for Lenard Schwartzer, Chapter 7 Trustee*