Michael E. Avakian, Esq.
*Pro Hac Vice*
PRAEMIA LAW, PLLC
11710 Plaza America Drive, Suite 2000
Reston, Virginia 20190
(703) 399-3603
Email: michael.avakian@praemialaw.com
Attorney for Plaintiffs

KRISTINA L. HILLMAN, Bar No. 7752
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
3199 E. Warm Springs Road, Suite 400
Las Vegas, Nevada  89120
Telephone (702) 508-9282
E-Mail: khillman@unioncounsel.net
Attorney for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GENE COLLINS, an individual doing business as SOUTHERN NEVADA FLAGGERS & BARRICADES; SIX STAR CLEANING & CARPET SERVICE, INC., a Nevada corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL NO. 872; *et al.*<br><br>　　　　　　Defendants. | Case No. 2:11-cv-00524-LDG-CWH<br><br>**STIPULATION OF DISMISSAL** |

COME NOW Plaintiff Six Star Cleaning & Carpet Service, Inc. and Defendants Laborers' International Union of North America Local No. 872 and Tommy White, and state all matters in dispute between them in the above-entitled cause have been satisfactorily compromised and settled:

It is hereby stipulated and agreed by and between said parties, and by their respective attorneys, that the said cause between them may be dismissed under Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs to either party.

It is further stipulated and agreed that an order in the attached form pursuant to the foregoing may be entered of record without further notice to either party, upon the presentation

1

of this stipulation.

      WHEREFORE, the parties hereto pray that the Court will enter an order dismissing this cause with prejudice.

Respectfully submitted,

Dated: December 23, 2021

/s/ Michael E. Avakian
Michael E. Avakian, Esq.
*Pro Hac Vice*
PRAEMIA LAW, PLLC
11710 Plaza America Drive, Suite 2000
Reston, Virginia 20190
(703) 399-3603
Email: michael.avakian@praemialaw.com

Attorney for Plaintiff Six Star Cleaning
 & Carpet Service

/s/ Kristina L. Hillman
Kristina L. Hillman, Bar No. 7752
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
3199 E. Warm Springs Road, Suite 400
Las Vegas, Nevada 89120
Telephone (702) 508-9282
E-Mail: khillman@unioncounsel.net
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

    I hereby certify that this Stipulation of Dismissal was filed with the Clerk of Court and served upon all counsel of record by using the Court's ECF notification system.

    /s/ Michael E. Avakian
Michael E. Avakian

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GENE COLLINS, an individual doing business as SOUTHERN NEVADA FLAGGERS & BARRICADES; SIX STAR CLEANING & CARPET SERVICE, INC., a Nevada corporation,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL NO. 872; et al.<br><br>　　　　　　Defendants. | Case No. 2:11-cv-00524-LDG-CWH<br><br>**ORDER DISMISSING ACTION OF PLAINTIFF SIX STAR CLEANING & CARPET SERVICE, INC., WITH PREJUDICE** |

Upon consideration of Stipulation of Dismissal submitted by Plaintiff Six Star Cleaning & Carpet Service, Inc. and Laborers' International Union of North America Local No. 872 and Tommy White, it is hereby ORDERED that:

　　1.　　The Stipulation is APPROVED;

　　2.　　Pursuant to Fed. R. Civ. P. 41(a)(2), the action filed by Plaintiff Six Star Cleaning & Carpet Service is DISMISSED WITH PREJUDICE, without costs to either party; and, it is

　　SO ORDERED this __27__ day of __December__, 2021.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Gloria M. Navarro, District Judge
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT