UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Gene Collins, et al.,<br><br>  Plaintiffs<br>v.<br><br>Laborers International Union of North America Local No. 872, et al.,<br><br>  Defendants | Case No.: 2:11-cv-00524-JAD-DJA<br><br>**Order Confirming Arbitration Award and Entering Partial Final Judgment** |

On September 22, 2021, District Judge Gloria M. Navarro entered an order denying the plaintiffs' motion to vacate an arbitration award resolving three of Collins's fourteen claims against the defendants.[1] Plaintiffs appealed, and Judge Navarro stayed the remainder of the case pending the outcome of that appeal.[2] Judge Navarro has since recused herself from this action, and it was reassigned to me.[3]

On December 19, 2022, the Ninth Circuit issued an order noting that the "defendants have raised a not insubstantial question [concerning] whether [it has] jurisdiction under the Federal Arbitration Act" because no final judgment was entered in the case and the court denied the plaintiffs' motion to vacate but did not confirm the arbitration award.[4] The Ninth Circuit thus issued "a limited remand to the district court so it can consider entering a partial final judgment under [Federal Rule of Civil Procedure] 54(b), or confirming the award, or both."[5]

---

[1] ECF No. 255.
[2] ECF No. 273.
[3] ECF No. 277; ECF No. 280.
[4] ECF No. 285.
[5] *Id.*

Finding no just reason for delay under FRCP 54(b), IT IS HEREBY ORDERED that the **Clerk of Court ENTER PARTIAL FINAL JUDGMENT against plaintiffs and for defendants on plaintiffs' arbitrated contract claims**. And because this court has determined that vacatur of the award is not warranted under 9 U.S.C. § 10 and defendants requested that the court confirm the award under 9 U.S.C. § 9,[6] IT IS FURTHER ORDERED **that the arbitration award is CONFIRMED**.

_____
U.S. District Judge Jennifer A. Dorsey
December 20, 2022

---

[6] *See* ECF No. 239 (defendants' opposition to plaintiffs' motion to vacate arbitration award and request to confirm the award).